## CONKLIN and WHITMAN ads. LUPTON.

*When the plaintiff takes issue upon a plea of an insolvent's discharge, and the issue is found for the defendant, the plaintiff is subject to the costs of the trial.*

MOTION for costs. To an action of assumpsit on a promissory note, the defendants plead a joint plea of the general issue, and separate pleas of discharge, under the act to abolish imprisonment for debt in certain cases. The plaintiff, by replication, took issue upon the pleas of discharge. The jury found for the plaintiff on the first issue, and for the defendants on the second. A motion is now made for the costs of the special pleas, and of the trial of the same.

*J. R. Van Duzer,* for defendants.

*Grim,* for plaintiff.

*By the Court,* SAVAGE, C. J. The defendants are entitled to the costs of the verdict in their favor on the pleas of discharge, but not to an allowance for the pleas. The plaintiff might have confessed the pleas, and taken judgment for *future* effects; he is, therefore, not chargeable with the costs of putting in those pleas: but having denied the pleas, and put the defendants to the expense of a trial, he is responsible for the costs of the verdict. (See *Germain* v. *Dakin,* 1 *Cowen,* 207.)